IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LANCE TYLER** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 24-3473** |
| : | |
| **MCGINLEY**, *et al.* : | |

**ORDER**

This 7th day of November, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED;**

2. Petitioner's Objections are **OVERRULED**;

3. The Petition for Writ of Habeas Corpus is **DENIED;** and

4. There is no basis for the issuance of a certificate of appealability.

　/s/ Gerald Austin McHugh　
United States District Judge